UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN GABRIEL,<br><br>        Plaintiffs,<br><br>    v.<br><br>BLOCK ASSETS, LLC,<br><br>        Defendants. | Case No. 23-cv-06204-EMC<br><br>**ORDER TO SHOW CAUSE** |

On February 29, 2024, the Court set a status conference for April 16, 2024 at 1:30 p.m. via Zoom. Docket No. 18. The Court ordered all parties to appear at the status. *Id.* Mr. Gabriel did not appear at the April 16, 2024, status conference. Docket No. 34.

Accordingly, Mr. Gabriel is **ORDERED TO SHOW CAUSE** why sanctions should not be imposed for failure to follow the Court's Orders, including the sanction of dismissal. **Ms. Gabriel's response is due no later than two weeks from the date of this Order**. A hearing on this Order to Show Cause will be conducted on **May 17, 2024, at 2:30 p.m. in person,** in San Francisco, Courtroom 05, 17th Floor before Judge Edward M Chen, alongside the motion hearing regarding Defendant's motion to dismiss (Docket No. 15). All parties are ordered to appear. If Mr. Gabriel fails to timely respond to this Order or fails to appear for the in-person hearing, the Court will dismiss the action with prejudice for failure to prosecute and respond to the Court's Orders.

**IT IS SO ORDERED**.

Dated: April 22, 2024

_____
EDWARD M. CHEN
United States District Judge